PARAMOUNT PICTURES, INC., Appellant, *v.* BEN BLUMENTHAL, Respondent.

Argued September 25, 1939; decided October 10, 1939.

*Louis Phillips, William P. Thomas, Irving Cohen* and *Austin C. Keough* for appellant.

*I. Maurice Wormser, William Klein, Milton R. Weinberger* and *Adolph Lund* for respondent.

Appeal dismissed, with costs, and certified question not answered. The certified question is not decisive of the issue, which is one of fact. It is not a question of power but of discretion. No opinion.

Concur: CRANE, Ch. J., LEHMAN O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.